

# Fourth Court of Appeals
## San Antonio, Texas

July 3, 2019

No. 04-19-00438-CR

**EX PARTE ROBERT METZGER**,

From the 216th Judicial District Court, Kerr County, Texas
Trial Court No. A1920
Honorable N. Keith Williams, Judge Presiding

# O R D E R

The reporter's record was due on June 20, 2019, but has not been filed. On July 2, 2019, the court reporter filed a notification of late record, notifying this court that the reporter's record was not filed when it was originally due because appellant failed to request a record and failed to pay or make arrangements to pay the reporter's fee for preparing the record and that appellant was not entitled to appeal without paying the fee. It is therefore **ORDERED** that appellant provide written proof to this court within ten (10) days of the date of this order that appellant has requested a reporter's record and that either (1) the reporter's fee has been paid or arrangements have been made to pay the reporter's fee; or (2) appellant is entitled to appeal without paying the reporter's fee. If appellant fails to respond within the time provided, this court will set a thirty-day deadline for appellant to file her brief, and the court will consider only those issues or points raised in appellant's brief that do not require a reporter's record for a decision. See TEX. R. APP. P. 37.3(c).

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of July, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court